IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JANE KNIGHT,**

    **Plaintiff,**

                                  CIVIL NO. 3:05-CV-245

v.

**ALFA LEISURE, INC.,**

    **Defendant/Third Party Plaintiff,**

v.

**TEMPLE PRODUCTS OF CALIFORNIA, INC., CONTINENTAL IMPORTS, a Subsidiary of FLEETWOOD ENTERPRISES, INC., M&M MANUFACTURING, INC., RAYJEN DEVELOPMENT, LTD. a/k/a RAYJEN INTERNATIONAL CORPORATION, CJ LIQUIDATIONS, INC., f/k/a FASTEC INDUSTRIAL CORP. and TRIMARK CORPORATION,**

    **Third Party Defendants.**

## ORDER

**HERNDON, District Judge:**

        The Court is presented with the Motion of Third-Party Defendant Temple Products of California, Inc. ("Temple Products") to file its answer to the First Amended Third-Party Complaint of Third-Party Plaintiff, Alfa Leisure, Inc. out of Time. Noting that counsel for Third-Party Plaintiff has granted consent, the

Court hereby enters its order granting leave for Temple Products to file its answer out of time.[1]

   **IT IS SO ORDERED**.

Signed this 23rd day of February, 2006.

              /s/   David RHerndon
              **United States District Judge**

---

[1] Temple Products has already filed its answer with the Court. (Doc. 75.) This Order, then, recognizes the validity of that filing.