IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JANE KNIGHT,**

**Plaintiff,**

v.

**ALFA LEISURE, INC.,**

**Defendant and Third-Party Plaintiff,**

v.

**CJ LIQUIDATIONS, INC. et al.,**

**Third-Party Defendants.**                     No. 05-CV-245-DRH

### ORDER

**HERNDON, District Judge:**

      Before the Court is a notice of voluntary dismissal submitted by Defendant/Third-Party Plaintiff Alfa Leisure, Inc. ("Third-Party Plaintiff") with regard to Third-Party Defendant CJ Liquidations, Inc., f/k/a FASTEC Industrial Corporation ("CJ Liquidations"). (Doc. 58.) The Court **ACKNOWLEDGES** Third-Party Plaintiff's notice, and formally **DISMISSES without prejudice** CJ Liquidations pursuant to **Federal Rule of Civil Procedure 41(a)(1)(i)**.

      **IT IS SO ORDERED.**

      Signed this 25th day of May, 2006.

                                      /s/          David   RHerndon
                                      **United States District Judge**