IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JANE KNIGHT,**

**Plaintiff,**

**vs.**                                                      No.    **05-CV-245 DRH**

**ALFA LEISURE, INC.,**

**Defendant.**

## ORDER

The Court acknowledges Defendant/Third-Party Plaintiff Alfa Leisure, Inc's. Notices of Voluntary Dismissal Without Prejudice (Doc 101 and 102)

**IT IS ORDERED** that Alfa Leisure, Inc's First Amended Third-Party Complaint against Defendants Fleetwood Homes of California, Inc., d/b/a Continental Imports and Temple Products of California, Inc. is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Signed this 11th day of September, 2006.

/s/            David   RHerndon
**UNITED STATES DISTRICT JUDGE**