IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JANE KNIGHT,**

**Plaintiff,**

**v.**

**ALFA LEISURE, INC.,**

**Defendant and Third-Party Plaintiff,**

**v.**

**TRIMARK CORPORATION et al.,**

**Third-Party Defendants.**               No. 05-CV-00245-DRH

### ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Stipulation for Dismissal having been executed by counsel for all remaining parties and filed with this Court (Doc. 114), **IT IS ORDERED** that Plaintiff's Complaint and Defendant/Third-Party Plaintiff's Third-Party Complaint are hereby dismissed with prejudice.  Each party to bear their own court costs.  Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 11th day of May, 2007.

/s/     David   RHerndon
**United States District Judge**