IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JANE KNIGHT,**

**Plaintiff,**

**vs.**                                                          Cause No.  05-CV-00245-DRH

**ALFA LEISURE, INC.,**

**Defendant and Third-Party Plaintiff,**

**vs.**

**TRIMARK CORPORATION et al.,**

**Third-Party Defendants.**

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-----------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

May 14, 2007                                         By: s/Patricia Brown
                                                           Deputy Clerk

APPROVED: /s/     David    RHerndon
               **U.S. DISTRICT JUDGE**